■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES DURDA, Appellant. [703 NYS2d 926] —Case held, decision reserved and matter remitted to Supreme Court for further proceedings in accordance with the following Memorandum: The record does not indicate whether defendant was present at a *Ventimiglia* proceeding held off the record. Because the outcome of the proceeding was not entirely favorable to defendant, we cannot conclude from this record that defendant's presence would have been superfluous (*see, People v Favor,* 82 NY2d 254, 267, *rearg denied* 83 NY2d 801). We therefore remit the matter to Supreme Court for a reconstruction hearing (*see, People v Michalek,* 82 NY2d 906, 907; *People v Baxter,* 216 AD2d 931; *People v Johnson,* 206 AD2d 874, 875). (Appeal from Judgment of Supreme Court, Erie County, Burns, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Hayes, J. P., Wisner, Pigott, Jr., Scudder and Callahan, JJ.